UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MCKEE,

        Plaintiff,          Case Number 15-10248
v.          Honorable David M. Lawson

NAVIENT SOLUTIONS, INC.,

        Defendant.
_____/

## JUDGMENT

In accordance with order for entry of judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of the defendant damages in the amount of $12,001.

It is further **ORDERED AND ADJUDGED** that the defendant, its agents, employees, attorneys, and those in active concert and participation with them who receive notice of this judgment, are **PERMANENTLY RESTRAINED AND ENJOINED** from making any call to the plaintiff (other than a call made for emergency purposes) using an automatic telephone dialing system or an artificial or prerecorded voice.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: August 7, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2015.

        s/Susan Pinkowski
        SUSAN PINKOWSKI