UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MCKEE,

        Plaintiff,                                    Case Number 15-10248

v.                                                    Honorable David M. Lawson

NAVIENT SOLUTIONS, INC.,

        Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF BILLING RECORDS, EXTENDING DEADLINE FOR FILING REPLY AND ADJOURNING HEARING

        This matter is before the Court on the plaintiff's motion to compel production of billing records by the attorneys for the defendant and to extend the deadline for filing of the plaintiff's reply brief in support of her motion for attorney fees. The defendant has not filed any response to the motion, and the time for doing so has passed. In the absence of any opposition by the defendant, the Court will grant the plaintiff's motion and adjourn the reply deadline and hearing date.

        Accordingly, it is **ORDERED** that the plaintiff's motion to compel production of billing records [dkt. #33] is **GRANTED**. The defendant's attorneys must produce their billing records relating to this case **on or before November 9, 2015**.

        It is further **ORDERED** that the plaintiff must file her reply brief in support of her motion for attorney fees **on or before November 16, 2015**.

        It is further **ORDERED** that the parties must appear for a hearing on the plaintiff's motion for attorney fees **on January 7, 2016 at 3:00 p.m.**

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  October 23, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 23, 2015.

                                        s/Susan Pinkowski
                                        SUSAN PINKOWSKI